Kathleen O. Peterson (State Bar No. 124791)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1900 Main Street, Suite 600
Irvine, California  92614-7319
Phone:   (949) 253-0900
Fax:       (949) 253-0902
kathleen.peterson@klgates.com

JS-6

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>                             Plaintiff,<br><br>     v.<br><br>DOMAIN SOURCE, INC., a California Corporation, and ANDREW SIEVRIGHT, an individual,<br><br>                             Defendants. | Case No.  SACV07-733 CJC (AGRx)<br><br>**ORDER OF DISMISSAL** |

Upon stipulation and request of all parties, it is hereby ordered that: Defendants Domain Source, Inc., a California corporation, and Andrew Sievright, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: January 18, 2008

_____
The Honorable Cormac J. Carney
United States District Court Judge

K:\2000103\03019\19031_KOP\19031P220H                       1.

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: Kirkpatrick & Lockhart Preston Gates Ellis LLP, 1900 Main Street, Suite 600, Irvine, California 92614.

On January 18, 2008, I served the following document described as: **ORDER OF DISMISSAL** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope in the United States mail at Irvine, California addressed as follows:

    John M. Genga
    Genga & Associates, P.C.
    15260 Ventura Boulevard, Suite 1810
    Sherman Oaks, CA  91403

☒ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY TELEFAX)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed:

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2008, at Irvine, California.

                                              Carolyn A. McCoy